UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 15 2006 ★

**BROOKLYN OFFICE**

*In the Matter of the Estate of*
THOMAS ANTONIELLO,

JUDGMENT
05-CV- 3467 (DGT)

3647

------------------------------------------------------------X

An Order of Honorable David G. Trager, United States District Judge, having been filed on March 13, 2006, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated March 2, 2006, dismissing the proceeding with prejudice; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Joan M. Azrack is adopted; and that judgment is hereby entered dismissing the proceeding with prejudice.

Dated: Brooklyn, New York
       March 13, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court